# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129872 & (132)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

PATRICK DANIEL, a/k/a PATRICK C.
DANIEL, a/k/a PATRICK L. DANIEL, a/k/a
PATRICK LAWRENCE DANIEL, a/k/a
PATRICK COURTNEY DANIEL, a/k/a
PATRICK LEE DANIEL, a/k/a RICK DANIEL,
a/k/a ROBERT BRYAN, a/k/a STEVE
JOHNSON, a/k/a KIRK COURTNEY STEELE,
a/k/a ALLAN MARK MILLER, a/k/a STEPHEN
BAKER, a/k/a STEPHEN BRITTON,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129872
COA: 251430
Washtenaw CC: 02-001041-FC;
              02-000552-FC

On order of the Court, the application for leave to appeal the September 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

p0320

_____
Clerk